# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
128340(30)
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                                 SC: 128340
                                                 COA: 256534

KENNETH JAY HOULIHAN,
                                                 Kent CC: 01-002731-FC
      Defendant-Appellant.
_____

      On order of the Chief Justice, the motion by defendant-appellant for extension to November 1, 2005 of the time for filing his supplemental brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2005

_____
Clerk